UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------X
HIGHER ONE, INC.,                   :
            Plaintiff,              :
                                    :
v.                                  :   Civ. No. 3:10CV01435(AWT)
                                    :
TOUCHNET INFORMATION SYSTEMS, INC., :
            Defendant.              :
------------------------------------X
```

## ORDER RE PARTIES' 26(f) REPORT

With respect to the Parties' 26(f) Report (Doc. No. 21), all discovery shall be completed within 120 days after the issuance by the court of a <u>Markman</u> ruling.  Also, all other agreed upon deadlines therein are approved.  Dispositive motions, including those under Fed. R. Civ. P. 12(c) and 56, will be filed at any time no later than 60 days following the completion of discovery, but a pre-filing conference must be held prior to the filing of any dispositive motion.

A trial memorandum order will be issued once the dispositive motions deadline has passed.  Please refer to the electronic filing order in civil cases with respect to the requirements for submission of chambers copies.

It is so ordered.

Dated this 7th day of January, 2011 at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge