# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| **HIGHER ONE, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.** |
| | ) | **3:10-cv-01435-AWT** |
| **v.** | ) | |
| | ) | |
| **TOUCHNET INFORMATION SYSTEMS,** | ) | |
| **INC.,** | ) | **June 12, 2012** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## PLAINTIFF'S NOTICE TO WITHDRAW DKT NOS. 44 and 44-1

Pursuant to Local Rule 83.6(a), Plaintiff Higher One, Inc. ("HOI") requests an Order

form this Court permitting HOI to withdraw its Motion to Dismiss and to Consolidate [Dkt Nos.

44 and 44-1] due to the recent admissions by Defendant Touchnet Information Systems, Inc. in

its submissions to this Court. [Dkt Nos. 46 through 46-7]

**PLAINTIFF**

**HIGHER ONE, INC.**

By: /s/ Joseph V. Saphia
Joseph V. Saphia (ct28558)
W. Edward Bailey (admitted pro hac vice)
Laura A. Chubb (ct27794)
WIGGIN AND DANA LLP
450 Lexington Avenue, Suite 3800
New York, NY 10017
(212) 490-1700
(212) 490-0536 fax
jsaphia@wiggin.com
ebailey@wiggin.com
lchubb@wiggin.com

Edward Wood Dunham (ct05429)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
edunham@wiggin.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Joseph V. Saphia