IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HIGHER ONE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:10CV1435-AWT |
| v. ) | |
| ) | |
| TOUCHNET INFORMATION SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

**TOUCHNET INFORMATION SYSTEMS, INC.'S MOTION TO TRANSFER THIS ACTION TO THE DISTRICT OF KANSAS**

COMES NOW Touchnet Information Systems, Inc. ("TN"), and pursuant to 28 U.S.C. § 1404(a), moves for an Order transferring this action to the District of Kansas for the convenience of the parties and witnesses, and in the interest of justice.

This Motion is accompanied and supported by a Memorandum in Support of Transfer and its exhibits, the pleadings and other documents on file in this action, and any further evidence or arguments that the Court may request with respect to this Motion.

Respectfully submitted,

DAY PITNEY LLP
Elizabeth Ann Alquist
242 Trumbull St.
Hartford, CT 06103-1212
(860) 275-0137
(860) 275-0342 (facsimile)

SPENCER FANE BRITT & BROWNE LLP

By: _____/s/ Lih C. Chen_____
  Patrick J. Whalen, Mo. Bar #45594
    Admitted pro hac vice
  Kyle J. Elliott, Mo. Bar #49145
    Admitted pro hac vice
  Lih C. Chen, Mo Bar #62263
    Admitted pro hac vice

WA 6324687.1

   1000 Walnut Street, Suite 1400
   Kansas City, MO 64106
   (816) 474-8100
   (816) 474-3216 (facsimile)
  pwhalen@spencerfane.com
  kelliott@spencerfane.com
  lchen@spencerfane.com

KUTAK ROCK LLP
I. Edward Marquette
1010 Grand Blvd., Suite 500
Kansas City, MO 64106
Tel: (816) 960-0090
Fax: (816) 960-0041
Ed.Marquette@KutakRock.com

ATTORNEYS FOR TOUCHNET INFORMATION SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I e-mailed the foregoing Motion this 13th day of November, 2014 to:

Joseph V. Saphia
Laura A. Chubb
Erika V. Selli
FROMMER LAWRENCE & HAUG, LLP
745 Fifth Avenue, Floor 10
New York, NY 10150
(212) 588-0800
(212) 588-0500 fax
jsaphia@flhlaw.com
lchubb@flhlaw.com
eselli@flhlaw.com
Attorneys for Plaintiff

        /s/ Lih C. Chen
Attorney for TouchNet Information Systems, Inc.