# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HIGHER ONE, INC. | ) | |
|         Plaintiff, | ) | Civil Action No. |
| | ) | 3:10-cv-01435-AWT |
| v. | ) | |
| | ) | |
| TOUCHNET INFORMATION | ) | July 1, 2015 |
| SYSTEMS, INC., | ) | |
|         Defendant. | ) | |

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Higher One, Inc., and Defendant TouchNet Information Systems, Inc. being all the parties who have appeared in this action, do hereby jointly stipulate, undertake, and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action, with prejudice pursuant to the Confidential Settlement and Mutual Release Agreement. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

DAY PITNEY LLP

Catherine Dugan O'Connor
One Canterbury Green
201 Broad Street
Stamford, CT 06901
(203)977-7300
(203)977-7301 (facsimile)
cdoconnor@daypitney.com

Elizabeth Ann Alquist
242 Trumbull St.
Hartford, CT 06103-1212
(860) 275-0137
(860) 275-0342 (facsimile)
eaalquist@daypitney.com

SPENCER FANE BRITT & BROWNE LLP
s/ Kyle L. Elliott_____
Kyle L. Elliott, Mo. Bar #49145
Admitted pro hac vice
Patrick J. Whalen, Mo. Bar #45594
Admitted pro hac vice
J. Nick Badgerow, Mo. Bar # 35855
Admitted pro hac vice
Kevin S. Tuttle, Mo. Bar # 59320
Admitted pro hac vice

1000 Walnut Street, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216 (facsimile)
pwhalen@spencerfane.com
kelliott@spencerfane.com
nbadgerow@spencerfane.com.com
ktuttle@spencerfane.com


KUTAK ROCK, LLP
I. Edward Marquette
Two Pershing Square
2300 Main Street, Suite 800
Kansas City, MO 64108
(816) 960-0090
(816) 960-0041 (facsimile)

ATTORNEYS FOR TOUCHNET
INFORMATION SYSTEMS, INC.

FROMMER LAWRENCE & HAUG, LLP
s/ Joseph V. Saphia_____
Joseph V. Saphia (ct28558)
Laura A. Chubb (ct27794)
Erika V. Selli (ct28946)
745 Fifth Avenue, Floor 10
New York, NY 10150
(212) 588-0800
(212) 588-0500 fax
jsaphia@flhlaw.com
lchubb@flhlaw.com
eselli@flhlaw.com

ATTORNEYS FOR HIGHER ONE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Laura A. Chubb